| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jonathan Johnson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6184** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **12–44643** | | |

# Order of Discharge                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jonathan Johnson

   If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

April 23, 2018                                                **For the court:**     Jeffrey P. Allsteadt, Clerk
                                                                                     United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                                     Case No. 12-44643-JBS
Jonathan Johnson                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Apr 23, 2018
                                  Form ID: 3180W          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2018.
```
db         +Jonathan Johnson,    6522 W. Byron Street,    Chicago, IL 60634-6601
19678172   +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19729586   +Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
             Iselin, NY 08830-2710
19978863   +Chicago Patrolmen's Federal CU,    TRUNKETT & TRUNKETT, P.C.,    20 N.WACKER DR #1434,
             CHICAGO, IL 60606-2906
19729584   +Debra Johnson,    6522 W. Bryon Street,    Chicago, IL 60634-6601
19678180   +Illinois Collection Se (Original Credito,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
20386800   +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn:Correspondence Mall,
             700 Kansas Lane,    Monroe, LA 71203-4774
19678181   +Jpm Chase,    Po Box 24696,    Columbus, OH 43224-0696
19678184   +Mitsubishi,    1101 Perimeter Dr Ste 650,    Schaumburg, IL 60173-5061
19678185   +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6207
19678186   +Svcdbyc1fs,    Po Box 91614,    Mobile, AL 36691-1614
21980643    eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20185372   +E-mail/Text: bncmail@w-legal.com Apr 24 2018 00:49:59     CHESWOLD (OPHRYS), LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19678171   +EDI: CAPITALONE.COM Apr 24 2018 04:38:00      Cap1/Bstby,    Po Box 5253,
             Carol Stream, IL 60197-5253
19972480   +EDI: BASSASSOC.COM Apr 24 2018 04:38:00      Capital One, N.A. (Best Buy Co., Inc.),
             c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19678173   +EDI: CHASE.COM Apr 24 2018 04:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19678174   +EDI: CHASE.COM Apr 24 2018 04:38:00      Chase- Bp,    P.O. Box 15298,
             Wilmington, DE 19850-5298
19678175   +E-mail/Text: rdavis@cpdfcu.com Apr 24 2018 00:49:22     Chicago Patrolmans Fcu,
             1359 W Washington Blvd,    Chicago, IL 60607-1905
19678176   +EDI: CITICORP.COM Apr 24 2018 04:38:00      Citgo/Cbna,    Po Box 6497,
             Sioux Falls, SD 57117-6497
19678177   +EDI: CITICORP.COM Apr 24 2018 04:38:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19721711   +EDI: TSYS2.COM Apr 24 2018 04:38:00      Department Stores National Bank/Macy's,
             Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
19678178    EDI: HFC.COM Apr 24 2018 04:38:00      Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850
19678179   +EDI: IIC9.COM Apr 24 2018 04:38:00      I C System (Original Creditor:Medical),    Po Box 64378,
             Saint Paul, MN 55164-0378
20433881    EDI: JEFFERSONCAP.COM Apr 24 2018 04:38:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
             SAINT CLOUD, MN 56302-9617
19678182   +E-mail/Text: INFO@COLLECTIONBIZ.COM Apr 24 2018 00:50:52
             Lou Harris Company (Original Creditor:Mi,    613 Academy Dr,    Northbrook, IL 60062-2420
19678183    EDI: TSYS2.COM Apr 24 2018 04:38:00      Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
19839624   +E-mail/Text: bncmail@w-legal.com Apr 24 2018 00:49:59     TARGET NATIONAL BANK,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20216914   +E-mail/Text: bncmail@w-legal.com Apr 24 2018 00:49:59     TD Bank USA, N.A.,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
19678187    EDI: WTRRNBANK.COM Apr 24 2018 04:38:00      Target Nb,    C/O Target Credit Services,
             Minneapolis, MN 55440-0673
19678188   +EDI: TFSR.COM Apr 24 2018 04:38:00      Toyota Motor Credit,    1111 W 22nd St Ste 420,
             Oak Brook, IL 60523-1959
19678189    EDI: WFFC.COM Apr 24 2018 04:38:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
             Frederick, MD 21701
25646441    EDI: WFFC.COM Apr 24 2018 04:38:00      Wells Fargo Bank, N.A.,    Default Document Processing,
             MAC # N9286-01Y,    1000 Blue Gentian Road,    Eagaon MN 55121-7700
20215214    EDI: WFFC.COM Apr 24 2018 04:38:00      Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,
             Eagan MN 55121-7700
19729585   +EDI: WFFC.COM Apr 24 2018 04:38:00      Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,
             Minneapolis, MN 55429-3056
19678190   +EDI: WFFC.COM Apr 24 2018 04:38:00      Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20414096*     +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1            User: cmendoza1            Page 2 of 2            Date Rcvd: Apr 23, 2018
                                Form ID: 3180W             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2018 at the address(es) listed below:
              Annie W. Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@walinskilaw.com
              Crystal V Sava    on behalf of Creditor    Wells Fargo Bank, NA ccaceres@alolawgroup.com,
               bankruptcy@alolawgroup.com
              Evan Lincoln Moscov    on behalf of Creditor    TD Bank USA, N.A. evan.moscov@moscovlaw.com,
               bncmail@w-legal.com;teresap@w-legal.com
              Joseph S Davidson    on behalf of Debtor 1 Jonathan  Johnson jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Kathryn  Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Kathryn.M.Gleason@usdoj.gov
              Mohammed O Badwan    on behalf of Debtor 1 Jonathan  Johnson mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Nisha B Parikh    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@fal-illinois.com
              Orlando  Velazquez    on behalf of Debtor 1 Jonathan  Johnson orlando@velazquezconsumerlaw.com,
               velazquezor69260@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@fallaw.com
              Steven C Lindberg    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@fallaw.com
              Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 12
```